IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| (1) HEATHER MACY, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | 4:20-cv-00658-TCK-JFJ |
| (1) BAN NH, LLC, | ) | |
| (2) BETTY ANN NURSING | ) | |
| CENTER, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff, Heather Macy and the

Defendants, 1) BAN NH, LLC, and 2) Betty Ann Nursing Center, by and through their

respective undersigned attorneys of record, hereby stipulate to dismissal of this action

with prejudice of any and all claims and causes of action arising from and asserted in the

context of this litigation, with each party to bear its own attorney fees and costs pursuant

to the terms of the confidential settlement agreement.

Respectfully submitted this 23rd day of July, 2021.

s/ Jeff A. Taylor
Jeff A. Taylor, OBA #17210
The Offices at Deep Fork Creek
5613 N. Classen Blvd.
Oklahoma City, OK 73118
Telephone:  (405) 286-1600
Facsimile:  (405) 842-6132
Email:  taylorjeff@mac.com &
jeffataylor@att.net
ATTORNEY FOR PLAINTIFF

s/ Michael E. Smith
Michael E. Smith, OBA #8391
Thomas R. Showman, OBA #22714
GUNGOLL, JACKSON, BOX & DEVOLL, P.C.
101 Park Ave., Ste. 1400
Oklahoma City, OK 73102
Telephone:  (405) 272-4710
Facsimile:  (405) 272-5141
Email: msmith@gungolljackson.com
 showman@gungolljackson.com
ATTORNEYS FOR DEFENDANT
BAN NH, LLC D/B/A
BETTY ANN NURSING CENTER